No. 92–8775. ENQUIST v. DUCHARME, SUPERINTENDENT, WASHINGTON STATE REFORMATORY. C. A. 9th Cir. Certiorari denied.

No. 92–8776. ROSE v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 92–8777. MARTIN v. MCKUNE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–8778. PARKS v. SERVICE AMERICA CORP. ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–8780. LUCAS ET AL. v. LIGHTFOOT ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–8781. IVES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8783. FIELDS v. BRECHER ET AL. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 92–8786. WILLIS v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–8787. ZINN v. TANSY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 92–8789. TAMARA B. v. PETE F. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 92–8791. YAHR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8794. RIVAS CRUZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–8795. FOSTER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8796. KRAUSE v. WHITLEY ET AL. C. A. 9th Cir. Certiorari denied.